UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15 CR 113 CEJ |
| PAUL MONTRELL MONDAINE, | ) |
| Defendant. | ) |

### DETENTION ORDER

On April 30, 2015, defendant Paul Montrell Mondaine came before the court with counsel for a hearing on the motion of the United States that defendant be detained in custody until trial under the Bail Reform Act of 1984, 18 U.S.C. § 3142. (Doc. 4.)

With the advice of counsel, through counsel and personally defendant Mondaine orally waived his right to a detention hearing at this time, knowing a detention order would be issued. This detention order will be reconsidered on motion of the defendant.

Whereupon,

**IT IS HEREBY ORDERED** that the motion of the United States that Paul Montrell Mondaine be detained (Doc. 4) is sustained. Defendant is ordered detained in the custody of the Marshals Service until further order.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal, or other retained expert consultant.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

/S/     David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 1, 2015.